SCWC-28563

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JANE DOE, Respondent/Plaintiff-Appellee,

vs.

JOHN DOE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-UCCJEA NO. 03-1-0011)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on April 27, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 9, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



John Doe, petitioner/
defendant-appellant pro se
on the application

---

[1]Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.